IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILLARD BAKER,

     Plaintiff,                    No. 2:13-cv-0345 DAD P

     vs.

CHERRY LIM, et al.,

     Defendants.             <u>ORDER</u>

/

        On March 1, 2013, the court ordered plaintiff to file a properly completed in forma pauperis affidavit or pay the appropriate filing fees in connection with this civil action within thirty days. The thirty day period expired, and plaintiff had not responded to the court's order and had not filed an in forma pauperis affidavit or paid the appropriate filing fee. Accordingly, on April 16, 2013, the court dismissed this action without prejudice.

        On April 25, 2013, plaintiff filed a motion for an extension of time to file an in forma pauperis affidavit, which the court construed as a motion for relief from the judgment. In the interest of justice, the court granted plaintiff's motion and allowed him an additional thirty days to file a completed in forma pauperis affidavit in this case. However, the court cautioned plaintiff at that time that failure to comply with the order or seek an extension of time to do so would result in dismissal of this action without prejudice.

1

1  Once more, plaintiff has failed to file a properly completed in forma pauperis
2  affidavit or pay the appropriate filing fees. Plaintiff has not sought an extension of time or filed
3  anything further in this case.
4  Accordingly, IT IS HEREBY ORDERED that this action is dismissed without
5  prejudice.[1]
6  DATED: June 18, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
bake0345.fifp(2)

---

[1] Plaintiff previously consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c). (See Doc. No. 4.)